UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY ALLEN WILLIAMS,

Plaintiff,

v.

SAMUAL CORTEZ,

Defendant.

No. 2:24-cv-02085-DAD-AC (PC)

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 10)

Plaintiff Rodney Allen Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. No. 10 at 2.) Specifically, the magistrate judge concluded that plaintiff did not return his Notice of Election form, notifying the court of whether he wants to proceed on the screened complaint or file an amended complaint, within the time allotted by the court. (*Id.* at 1.) In addition, plaintiff he has not paid the filing fee in connection with this action as ordered by the court, and has not updated his address as required. (*Id.* at 1–2.)

/////

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 10, 2025 (Doc. No. 10) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE